RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Johnathan Thomas Ratcliff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOHNATHAN THOMAS RATCLIFF,<br><br>            Defendant. | Case No. 2:18-mj-267-NJK<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Johnathan Thomas Ratcliff, that the Preliminary Hearing currently scheduled on May 16, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.       Undersigned counsel needs additional time to review the discovery provided in this matter. Counsel also needs additional time to obtain the discovery she requested from the government and review those materials prior to a preliminary hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel and the defendant time to receive and review the discovery prior to a preliminary hearing.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the second request for a continuance of the preliminary hearing.

DATED this 7th day of May, 2018.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Nisha Brooks-Whittington*  
By_____  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

DAYLE ELIESON  
United States Attorney

*/s/ Elham Roohani*  
By_____  
ELHAM ROOHANI  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHNATHAN THOMAS RATCLIFF,<br><br>      Defendant. | Case No. 2:18-mj-267-NJK<br><br>ORDER |

      IT IS ORDERED that the preliminary hearing currently scheduled for Wednesday, May 16, 2018 at 4:00 p.m., be vacated and continued to July 16, 2018, at 4:00 p.m., in Courtroom 3C.

      DATED this 7th of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE