RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Johnathan Thomas Ratcliff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNATHAN THOMAS RATCLIFF,<br><br>  Defendant. | Case No. 2:18-mj-267-NJK<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Johnathan Thomas Ratcliff, that the Preliminary Hearing currently scheduled on July 16, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel needs additional time to review the discovery provided in this matter. Counsel also needs additional time to further discuss the case with Mr. Ratcliff to determine how he wishes to proceed. Counsel was out of the jurisdiction attending a work-

related training from June 17-29, 2018, and will also be out of the jurisdiction from July 12-13, 2018.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel and the defendant time to receive and review the discovery prior to a preliminary hearing.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the third request for a continuance of the preliminary hearing.

DATED this 10th day of July, 2018.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Nisha Brooks-Whittington  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

DAYLE ELIESON  
United States Attorney

By /s/ Elham Roohani  
ELHAM ROOHANI  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNATHAN THOMAS RATCLIFF,<br><br>    Defendant. | Case No. 2:18-mj-267-NJK<br><br>ORDER |

    IT IS ORDERED that the preliminary hearing currently scheduled for Monday, July 16, 2018 at 4:00 p.m., be vacated and continued to August 21, 2018, at the hour of 4:00 p.m., in Courtroom 3C.

    DATED this 10th of July, 2018.

                                          UNITED STATES MAGISTRATE JUDGE