# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00249-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 27 |
| JOHNATHAN THOMAS RATCLIFF, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, December 10, 2018 at 11:00 a.m., be vacated and continued to March 11, 2019, at the hour of 9:00 a.m.

DATED this 15th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE