# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN THOMAS RATCLIFF,<br><br>Defendant. | Case No. 2:18-cr-00249-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 30 |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, March 11, 2019 at 9:00 a.m., be vacated and continued to May 14, 2019, at the hour of 9:30 a.m.

DATED this  5th  day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

3