# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>JOHNATHAN THOMAS RATCLIFF,<br>　　　　　Defendant. | Case No. 2:18-cr-00249-JAD-VCF<br>**ORDER**<br>ECF No. 34 |

　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, May 21, 2019 at 9:00 a.m., is vacated and continued to May 28, 2019 at 11:00 a.m.

　　DATED this 10th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3